

# MEMORANDUM OPINION

No. 04-08-00742-CV

Dennis **CAMPA**, In His Individual Capacity,
Appellant

v.

Ruth **MAHL**, et al.,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-10577
Honorable Andy Mireles, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Sandee Bryan Marion, Justice

Delivered and Filed:   February 4, 2009

DISMISSED

Appellant has filed a motion requesting the court to dismiss his appeal. *See* TEX. R. APP. P. 42.1(a)(1). Appellant's motion to dismiss is granted, and this appeal is dismissed. Costs of appeal are taxed against the appellant. *See id.* at (d).

PER CURIAM